**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MARK S. HUGHES, | ) |
|                 Petitioner, | ) |
| v. | ) No. 1:10-cv-551-WTL-TAB |
| NEW CASTLE CORR. FACILITY SUPERINTENDENT, | ) |
|                 Respondent. | ) |

**E N T R Y**

Given the timing of the petitioner's motion to alter or amend judgment relative to the entry of final judgment, and given the arguments set forth in such motion, the motion is treated as labeled, pursuant to Rule 59(e) of the *Federal Rules of Civil Procedure*. *See Borrero v. City of Chicago,* 456 F.3d 698, 701-02 (7th Cir. 2006) (explaining that whether a motion should be analyzed under Rule 59(e) or Rule 60(b) of the *Federal Rules of Civil Procedure* depends on the *substance* of the motion, not on the timing or label affixed to it); *Osterneck v. Ernst & Whinney,* 489 U.S. 169, 174 (1989)(noting that Rule 59(e) encompasses reconsideration of matters decided on the merits).

Rule 59(e) "authorizes relief when a moving party 'clearly establish[es] either a manifest error of law or fact' or 'present[s] newly discovered evidence.'" *Souter v. International Union*, 993 F.2d 595, 599 (7th Cir. 1993) (quoting *Federal Deposit Ins. Corp. v. Meyer,* 781 F.2d 1260, 1268 (7th Cir. 1986)). The Court of Appeals has explained that there are only three valid grounds for a Rule 59(e) motion--newly-discovered evidence, an intervening change in the law, and manifest error in law. *See Cosgrove v. Bartolotta,* 150 F.3d 729, 732 (7th Cir. 1998).

There was in this case no manifest error of law or fact. The court did not misapprehend the petition for a writ of habeas corpus, did not commit error in directing that the claims be clarified, and also did not commit error when the deadline for clarification came and went with no supplement having been filed. Accordingly, the post-judgment motion to alter or amend judgment (dkt 8) is **denied.**

      **IT IS SO ORDERED.**

Date: 07/26/2010

*William T. Lawrence* (signature)

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Mark S. Hughes
DOC #894549
New Castle Correctional Facility
1000 Van Nuys Road
New Castle, IN 47362